

# Fourth Court of Appeals
## San Antonio, Texas

Monday, March 23, 2015

No. 04-14-00565-CR

Rodolfo Martinez **SALINAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2009-CRP-000403-D1
Honorable Elma T. Salinas-Ender, Judge Presiding

# O R D E R

On December 30, 2014, we abated this appeal to the trial court to hold a hearing to determine whether appellant desired to prosecute his appeal, whether appellant was indigent, and whether counsel had abandoned the appeal. *See* TEX. R. APP. P. 38.8(b)(2). On March 13, 2015, a reporter's record of the hearing was filed. On March 17, 2015, a supplemental clerk's record containing the trial court's findings of fact and conclusions of law was filed. The reporter's record indicates that the appellant still desires to prosecute this appeal and that the appellant remains indigent. The trial court's findings of fact and conclusions of law state that appellant's counsel did not abandon the appeal, but that he was "inundated with work." The trial court's findings of fact and conclusions of law further state that appellant's counsel advised the trial court that "appellant's brief would be completed and [] sent to the Court of Appeals." To date, no brief has been filed in this Court.

We ORDER this appeal reinstated on the docket of this Court. **We FURTHER ORDER appellant's counsel, Mr. Richard J. Gonzalez, to file appellant's brief <u>on or before April 13, 2015.</u>**

**<u>If Mr. Richard J. Gonzalez fails to file appellant's brief in Appeal No. 04-14-00565-CR as ordered, Mr. Richard J. Gonzalez may be ordered to appear and show cause why he should not be held in civil or criminal contempt or otherwise sanctioned.</u>** *See* TEX. R. APP. P. 38.8(b)(4).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2015.



_____
Keith E. Hottle
Clerk of Court